IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Rex Whitlock, | ) | C/A No. 0:15-2813-TMC |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| Warden FCI Estill, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

Petitioner is a federal prisoner who, proceeding *pro se,* filed a Petition for habeas relief pursuant to 28 U.S.C. § 2241 in the United States District Court for the Northern District of Georgia, which transferred the case to this court. (ECF No. 1). By order issued on July 20, 2015, the court allowed Petitioner an opportunity to submit the documents necessary to bring the case into proper form for evaluation and possible service of process. (ECF No. 9). Specifically, the order directed Petitioner to provide the court with the filing fee, or the financial document necessary to proceed *in forma pauperis*, and to submit his claims on the standard form used by federal prisoners to seek relief under § 2241. The order warned Petitioner that failure to provide the necessary information within a specific time period would subject the case to dismissal. Petitioner did not respond to the order and the time for response has lapsed. As Petitioner has failed to prosecute this case and has failed to comply with an order of this court, the case is **dismissed** *without prejudice* pursuant to Rule 41 of the Federal Rules of Civil Procedure. *See Link v. Wabash R.R. Co.*, 370 U.S. 626 (1962).

**IT IS SO ORDERED**.

s/Timothy M. Cain
August 27, 2015           Timothy M. Cain
Anderson, South Carolina      United States District Judge

**NOTICE OF RIGHT TO APPEAL**

The parties are hereby notified of the right to appeal this order within the time period set forth under Rules 3 and 4 of the Federal Rules of Appellate Procedure.