AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

|  |  |  |
|---|---|---|
| Rex Whitlock, | ) | |
| *Plaintiff,* | ) | |
| v. | ) | Civil Action No.   0:15-cv-02813-TMC-PJG |
| Warden FCI Estill, | ) | |
| *Defendant,* | ) | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ___%, plus post-judgment interest at the rate of ___%, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the respondent *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: the plaintiff, Rex Whitlock, shall take nothing of the defendant, Warden FCI Estill, and this action is dismissed without prejudice pursuant to FRCP 41.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Court, the Honorable Timothy M. Cain, United States District Judge, presiding.  The Court dismissed the complaint without prejudice for failure to prosecute.

Date:   August 27, 2015                                               *ROBIN L. BLUME, CLERK OF COURT*

                                                                                              s/G. Mills
                                                                            _____
                                                                            *Signature of Clerk or Deputy Clerk*